UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-60494-CIV-SEITZ/TURNOFF

SERGEY VOROBEV,
    Plaintiff,
v.

TRR CARGO LLC, ET AL.,
    Defendants.
_____/

## ORDER REQUIRING SERVICE BY AUGUST 28, 2017

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendation on Defendant's Bill of Costs and Defendant's Entitlement to Fees [DE-56]. In the Report, Defendant counsel's is ordered to serve the pro se Plaintiff with a copy of the Report and to file proof of service. Upon consideration, it is

ORDERED THAT defense counsel shall serve Plaintiff and file such proof of service by **August 28, 2017.**

DONE and ORDERED in Miami, Florida this 18 day of August, 2017.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record/Pro Se party